IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATALIE PETRONGOLA,

    Plaintiff,

v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLC et al.,

    Defendants.

*and related cases*

CIVIL ACTION Nos.
No. 23-734
No. 23-861
No. 23-1049
No. 23-1553
No. 23-1597

## ORDER

**AND NOW**, this 11th day of July 2025, upon consideration of Defendants' Motion to Compel[1] (Doc. No. 59), Plaintiffs' Response in Opposition (Doc. No. 62), Defendants' Motion to Strike[2] (Doc. No. 64), Plaintiffs' Response in Opposition (Doc. No. 65) and the Report and Recommendation of Special Master James J. Rohn, Esquire, (Doc. No. 66), to which no objections have been filed, it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James J. Rohn, Esquire, (Doc. No. 66) is **APPROVED** and **ADOPTED**.

2. Defendants' Motion to Compel (Doc. No. 59) is **DENIED**.

---

[1] The Motion to Compel was filed in all five related cases. (See No. 23-861 at Doc. No. 55; No. 23-1049 at Doc. No. 55; No. 23-1553 at Doc. No. 51; No. 23-1597 at Doc. No. 51.)

[2] The Motion to Strike was filed in all five related cases. (See No. 23-861 at Doc. No. 59; No. 23-1049 at Doc. No. 59; No. 23-1553 at Doc. No. 55; No. 23-1597 at Doc. No. 55.)

3. Defendants' Motion to Strike (Doc. No. 64) is **DENIED**.

                                                   BY THE COURT:

                                                   <u>/s/ Joel H. Slomsky</u>
                                                   JOEL H. SLOMSKY, J.