IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER MCQUILKIN,

      Plaintiff,

    v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLCL et al.,

      Defendants.

CIVIL ACTION
NO. 23-1049

## ORDER

**AND NOW**, this 6th day of March 2026, upon consideration of Plaintiff's Motion to Preclude the Testimony of Defendants' Expert Daniel L. Regard II (Doc. No. 69), Defendants' Response in Opposition (Doc. No. 84), the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 169), and Defendants' Objections (E.D. Pa. 23-cv-734 Doc. No. 182), it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 169) is **APPROVED and ADOPTED**;

2. Plaintiff's Motion to Preclude the Testimony of Defendants' Expert Daniel L. Regard II (Doc. No. 69) is **GRANTED**.

BY THE COURT;

/s/Joel H. Slomsky

JOEL H. SLOMSKY, J.