IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER MCQUILKIN,

                     Plaintiff,

     v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLCL et al.,

                 Defendants.

CIVIL ACTION
NO. 23-1049

**ORDER**

**AND NOW**, this 6th day of March 2026, upon consideration of Defendants' Motion in Limine to Exclude Lay Witness Testimony Regarding Liability and Damages (Doc. No. 112), Defendants' Motion in Limine for Permission to Comment on Plaintiff's Failure to Call a Witness and to Draw an Adverse Inference (Doc. No. 113), Defendants' Motion in Limine to Bar Introduction of Evidence that was not Disclosed in Discovery (Doc. No. 117), Defendants' Motion in Limine to Preclude "Golden Rule Evidence" and/or Arguments (Doc. No. 124), Defendants' Motion in Limine to Preclude all Evidence Related to Plaintiff's Claims for Punitive Damages (Doc. No. 125), the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 179), Defendants' Objections to the Special Master's Report and Recommendation (E.D. Pa. 23-cv-734 Doc. No. 189), and for the reasons stated on the record at the Final Pretrial Conference held with counsel for the parties on February 27, 2026 it is **ORDERED** that:

The Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 179) is **APPROVED** and **ADOPTED** as to the following Motions:

1.  Defendants' Motion in Limine to Exclude Lay Witness Testimony Regarding Liability and Damages (Doc. No. 112) is **DENIED WITHOUT PREJUDICE**.

2.  Defendants' Motion in Limine for Permission to Comment on Plaintiff's Failure to Call a Witness and to Draw an Adverse Inference (Doc. No. 113) is **DENIED WITHOUT PREJUDICE**.

3.  Defendants' Motion in Limine to Bar Introduction of Evidence that was not Disclosed in Discovery (Doc. No. 117) is **DENIED WITHOUT PREJUDICE**.

4.  Defendants' Motion in Limine to Preclude "Golden Rule Evidence" and/or Arguments (Doc. No. 124) is **GRANTED**.

5.  Defendants' Motion in Limine to Preclude all Evidence Related to Plaintiff's Claims for Punitive Damages (Doc. No. 125) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:
/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.