IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER MCQUILKIN,

                    Plaintiff,

      v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLCL et al.,

                Defendants.

CIVIL ACTION
NO. 23-1049

## ORDER

**AND NOW**, this 6th day of March 2026, upon consideration of Defendants' Motion in Limine to Allow Photographs at Trial (Doc. No. 115), Defendants' Motion in Limine to Preclude Secondary Text Message Productions Based on the Best Evidence Rule (Doc. No. 116), Defendants' Motion in Limine to Preclude Evidence Based on Plaintiff's Previous Invocation of Attorney-Client Privilege (Doc. No. 121), Defendants' Motion in Limine to Preclude Evidence of Emotional Distress and Related Damages (Doc. No. 126), Defendants' Motion in Limine to Preclude Evidence of a Hostile Work Environment (Doc. No. 129), Plaintiff's Motion for Spoliation Inference (Doc. No. 131), Plaintiff's Omnibus Motion in Limine to Preclude Defendants from Offering Certain Evidence at Trial (Doc. No. 133), the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 180), Defendants' Objections to the Special Master's Report and Recommendation (Doc. No. 192), and for the reasons stated on the record at the Final Pretrial Conference held with counsel for the parties on February 27, 2026 it is **ORDERED** that:

The Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-734 Doc. No. 180) is **APPROVED** and **ADOPTED** as to the following Motions:

1. Defendants' Motion in Limine to Preclude Secondary Text Message Productions Based on the Best Evidence Rule (Doc. No. 116) is **DENIED WITHOUT PREJUDICE**;

2. Defendants' Motion in Limine to Preclude Evidence Based on Plaintiffs' Previous Invocations of Attorney-Client Privilege (Doc. No. 121) is **DENIED WITHOUT PREJUDICE**;

3. Defendants' Motion in Limine to Preclude Evidence of Emotional Distress and Related Damages (Doc. No. 126) is **DENIED WITHOUT PREJUDICE;**

4. Defendants' Motion in Limine to Preclude Evidence of a Hostile Work Environment (Doc. No. 129) is **DENIED**;

5. Plaintiff's Motion for Spoliation Inference (Doc. No. 131) is **DENIED WITHOUT PREJUDICE**;

6. Plaintiff's Omnibus Motion in Limine to Preclude Defendants from Offering Certain Evidence at Trial (Doc. No. 133) is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 180) is **ADOPTED IN PART** as follows:

1. Defendants' Motion in Limine to Allow Photographs at Trial (Doc. No. 115) is **GRANTED**.

BY THE COURT:
/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.