IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER MCQUILKIN,

          Plaintiff,

    v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLCL et al.,

          Defendant.

CIVIL ACTION
NO. 23-1049

**ORDER**

**AND NOW**, this 9th day of March 2026, upon consideration of Defendants' Motion for Sanctions (Doc. No. 103), Plaintiff's Response in Opposition (Doc. No. 134), the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-734 Doc. No. 168), and Defendants' Objections to the Report and Recommendation (E.D. Pa. 23-734 Doc. No. 182), it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James R. Rohn, Esquire, (E.D. Pa. 23-734 Doc. No. 168) is **APPROVED** and **ADOPTED**.

2. Defendants' Motion for Sanctions (Doc. No. 103) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.