IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER MCQUILKIN,

Plaintiff,

v.

ROTHMAN NATIONAL MANAGEMENT
SERVICES ORGANIZATION, LLCL et al.,

Defendants.

CIVIL ACTION
NO. 23-1049

## ORDER

**AND NOW**, this 9th day of March 2026, upon consideration of Defendants' Motion in Limine to Preclude Evidence Regarding Plaintiff's Personal Assessment of Her Job Performance (Doc. No. 120), Defendants' Motion in Limine to Preclude Evidence of Plaintiff's Prior Job Performance Unrelated to the Termination Decision (Doc. No. 122), Plaintiff's Responses in Opposition (E.D. Pa. 23-cv-734 Doc. Nos. 159, 165), the Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 181), and for the reasons stated on the record at the Final Pretrial Conference held with counsel for the parties on February 27, 2026 it is **ORDERED** that:

The Report and Recommendation of Special Master James R. Rohn, Esquire (E.D. Pa. 23-cv-734 Doc. No. 181) is **APPROVED** and **ADOPTED** as follows:

1. Defendants' Motion in Defendants' Motion in Limine to Preclude Evidence Regarding Plaintiff's Personal Assessment of Her Job Performance (Doc. No. 114) is **DENIED WITHOUT PREJUDICE** ; and

2. Defendants' Motion in Limine to Preclude Evidence of Plaintiff's Prior Job Performance Unrelated to the Termination Decision (Doc. No. 116) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.